SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**MIRA CHERNICK, MASB # 696845**
Assistant United States Attorney
mira.chernick@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00317-IM** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **THOMAS ALLEN VETSCH,** | |
| **Defendant.** | |

**Introduction**

Defendant Thomas Allen Vetsch is a recidivist sex offender who reoffended while on state probation. The government joins the United States Probation Office in recommending that the Court impose a sentence of 120 months' imprisonment, a ten-year term of supervised release, and a $100 special assessment.

///

///

///

**Government's Sentencing Memorandum                                                    Page 1**

**Government's Recommended Sentence**

The government agrees with the guideline computation in the Presentence Report (PSR). Defendant's guideline imprisonment range, which would otherwise be 37–46 months, is 120 months because his prior convictions trigger a ten-year mandatory minimum. 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).  That sentence is sufficient but no greater than necessary to provide just punishment for defendant's persistent use of child sexual abuse material despite a prior conviction for that offense and while on state probation for sexual abusing a vulnerable young adult.

The ten-year term of supervised release recommended by Probation is also appropriate in this case.  While on probation following his 2006 conviction for Encouraging Child Sex Abuse I, defendant repeatedly violated his conditions of probation by accessing pornography and going to a sandcastle festival where children were likely to congregate.  He also failed two sexual maintenance polygraphs while in sex offender treatment between 2006 and 2010, and he committed the instant offense while on state probation for a 2023 offense.  Given defendant's history of poor performance while on supervision and his record of repeat sex offenses across decades despite years of sex offender treatment, a ten-year term of supervised release is sufficient but no greater than necessary to protect the public and deter defendant from further criminal conduct.

**Victim Impact Statements and Restitution**

The government has not yet identified any victims in this case but is working to do so and expects to receive additional information in the coming weeks.  The government therefore requests that the Court set a restitution hearing within ninety days of sentencing.

///

**Government's Sentencing Memorandum**                                                    **Page 2**

**Conclusion**

Based on the foregoing, the government joins the Probation Office in recommending that this Court impose a sentence of 120 months, followed by a ten-year term of supervised release, subject to the standard and special conditions, and a special assessment in the amount of $100.

Dated: April 1, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK, MASB # 696845
Assistant United States Attorney